UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MATOYIA CALIP,**

    **Plaintiff,**

**v.**                                                        **Case No: 8:20-cv-908-T-35SPF**

**TRANS UNION, LLC,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 23, 2020, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 16) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 1st day of July, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party

Case 8:20-cv-00908-MSS-SPF    Document 17    Filed 07/01/20    Page 2 of 2 PageID 102